CO-386-online
10/03

# United States District Court
# For the District of Columbia

Advocates for Highway and Auto Safety )
)
)
)
vs  Plaintiff )  Civil Action No._____
)
Federal Motor Carrier Safety Administration )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Advocates for Highway and Auto Safety__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Advocates for Highway and Auto Safety__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

490928
BAR IDENTIFICATION NO.

Adina H. Rosenbaum
Print Name

1600 20th St., NW
Address

Washington, DC   20009
City      State      Zip Code

(202) 588-1000
Phone Number