UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVOCATES FOR HIGHWAY AND AUTO SAFETY,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br><br>    Defendant. | Civil Action No.: 07-00467 (RWR) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant.

Dated: March 26, 2007

                Respectfully submitted,

                /s/ Robin M. Meriweather

                ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                Assistant United States Attorney
                555 Fourth St., N.W.
                Washington, D.C.  20530
                (202) 514-7198
                Robin.Meriweather2@usdoj.gov