**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ADVOCATES FOR HIGHWAY AND AUTO SAFETY

Plaintiff,

v.

FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION

Defendant.

Civil Action No.: 07-00467 (RWR)

**DEFENDANT'S FIRST CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, the Federal Motor Carrier Safety Administration ("FMCSA") respectfully requests an extension of 30 days to file an answer or otherwise respond to the complaint in this case filed under the Freedom of Information Act ("FOIA") by Advocates for Highway and Auto Safety ("AHAS"). The United States Attorney's office was served with the complaint on March 13, 2007, and therefore the current deadline is April 12, 2007. FMCSA requests that the deadline be extended to May 14, 2007,[1] and provides the attached declaration of the FMCSA FOIA Officer to explain the need for additional time.

Plaintiff's FOIA request seeks documents from December 18, 2001 to the present concerning the FMCSA's consideration of any plan or program to evaluate Mexican motor carriers' ability to operate in the United States. The cross-border trucking issues that are the

[1] The 30th day after the current deadline is Saturday, May 12. May 14, 2007 is the first business day after May 12, 2007.

subject of this FOIA request are part of FMCSA's and the United States Department of Transportation's implementation of the North American Free Trade Agreement ("NAFTA"). AHAS has requested: (1) all records regarding FMCSA's "activities to formulate, develop, evaluate, implement, or otherwise consider" any plan to evaluate Mexican motor carriers' potential cross-border operations; (2) "[a]ll records that discuss, evaluate, consider or refer to" how any plan to evaluate those Mexican motor carriers would comply with certain statutory provisions; and (3) "[a]ll records that consider, discuss, evaluate, or refer to the specific policy considerations, decisions, and actions by the FMCSA and the U.S. Department of Transportation" for how any plan or program to evaluate the Mexican motor carriers would comply with the requirements of certain statutory provisions. Coleman Declaration, Exh. 1 (FOIA Request). Plaintiff seeks records "both at headquarters and agency field offices." Id.

Given the breadth of Plaintiff's FOIA request, the FMSCA has not yet completed its search for records. See Coleman Decl. ¶¶ 6-7. This effort has required coordination with approximately 31 offices, divisions, and personnel within FMSCA. See id. ¶ 9. To date, said FMSCA offices, divisions, and personnel have reported approximately 443,000 pages of potentially responsive documents.[2]

Defendant cannot formulate its response to Plaintiff's complaint until it completes its search for records. At this stage, Defendant does not know the extent to which the requested

[2] Due to the broad scope of Plaintiff's FOIA request, multiple offices and divisions within the defendant Agency have responsive records. Defendant acknowledges duplicate records may have been reported as a part of said page estimate because of the number of defendant offices and divisions that responded. Defendant also acknowledges records may have been reported which will later be found to be already in the public domain. However, Defendant is not yet in a position to cull these duplicative and/or public records from said page count estimate.

records may be exempt from disclosure or whether certain records can be provided in redacted form. Without that information, Defendant cannot determine which defenses to assert in its answer, or whether it would be appropriate to file a dispositive motion in lieu of an answer. The requested 30-day extension would give Defendant additional time to complete its search and determine how to respond to the complaint.

Pursuant to Local Civil Rule 7(m), counsel for Defendant contacted counsel for AHAS to seek consent on the instant motion. AHAS consented to the proposed 30-day extension of time. A proposed order is attached.

Dated: April 11, 2007

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ *Robin M. Meriweather*

ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 11th day of April, 2007, I caused a copy of the foregoing Consent Motion to Enlarge Time to File Answer Or Otherwise Respond to Plaintiff's Complaint to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009

/s/ *Robin M. Meriweather*
Robin M. Meriweather
D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVOCATES FOR HIGHWAY AND AUTO SAFETY<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION<br><br>Defendant. | Civil Action No.: 07-00467 (RWR) |

**ORDER**

Upon consideration of Defendant's First Consent Motion to Enlarge Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is this ______ day of ___________, 2007,

ORDERED that Defendant's First Consent Motion to Enlarge Time to File Answer or Otherwise Respond to Plaintiff's Complaint be and is hereby GRANTED.

It is further ORDERED that Defendant shall file its Answer or otherwise respond to Plaintifff's Complaint by May 14, 2007.

SO ORDERED.

_________________________________
United States District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVOCATES FOR HIGHWAY AND AUTO SAFETY | ) |
| Plaintiff, | ) Civil Action No.: 07-00467 (RWR) |
| v. | ) |
| FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION | ) |
| Defendant. | ) |

DECLARATION OF TIFFANIE C. COLEMAN

1. I am the Freedom of Information Act (FOIA) Officer for the Federal Motor Carrier Safety Administration (FMCSA), an operating administration within the U.S. Department of Transportation. I oversee the FMCSA FOIA Office and the FMCSA FOIA program. I have served in this position since April, 2004. Before I became the FMCSA's FOIA Officer, I was a contracted FOIA Analyst who worked for the FMCSA FOIA Office from October, 2002, to April, 2004.
2. I make this declaration on the basis of personal knowledge. In the event I am called as a witness, I could competently testify to the facts contained in this declaration.

3. As the FMCSA FOIA Officer, I am responsible for processing all FOIA requests served upon FMCSA. I am responsible for processing subsequent appeals of FMCSA responses as well. I sign all letters to FOIA requesters except FMCSA FOIA appeal decisions. On my FOIA staff, there are six FOIA analysts - three Federal employee analysts and three contractor analysts. I am one of the three Federal employee FOIA analysts.

4. When the FMCSA FOIA Office receives a FOIA request for FMCSA records, we first review it to determine the subject matter and complexity of the request. In FMCSA, a FOIA request is labeled "complex" when it asks for multiple records, when we see it will involve multiple custodians of records within FMCSA, when we see it will involve multiple FMCSA research systems, or when we see it may have an issue which would require legal review. We then log it into the FOIA tracking system and assign a FOIA control number. The request is then placed in a holding area, along with other FOIAs recently received, and is processed in the "first in, first out" manner.

5. Since FY05, the number of "complex" FOIAs served upon FMCSA has increased. In FY06, the number received was 990, which is an increase from 805 complex FOIAs received in FY05. As of the date of this declaration, the FMCSA FOIA Office is processing 434 complex FOIAs, again on the "first-in, first-out" basis.

6. The Plaintiff's FOIA (Exhibit 1) is a "complex" FOIA. It was received and logged into our FOIA Request System on October 25, 2006. Its FMCSA "FOIA Control Number" is 2007-0083. I acknowledged receipt of the Plaintiff's FOIA

in a letter to Plaintiff dated October 27, 2006 (Exhibit 2). In my letter, I indicated we had a backlog of pending FOIA requests to be processed. In a letter to Plaintiff's point of contact dated December 20, 2006 (Exhibit 3), I informed Plaintiff FMCSA determined there would be hundreds, if not thousands, of responsive records and there would be additional delay in processing this FOIA. I promised Plaintiff more information regarding FOIA 2007-0083 as soon as possible.

7. The FMCSA FOIA Office is working closely with the rest of FMCSA to determine the size of this FOIA. To date, we estimate approximately 443,000 pages are responsive to this FOIA, said pages being from both hard copy and electronic records. Approximately 31 offices, divisions, and personnel within FMCSA and throughout FMCSA nationwide are reporting to have responsive records. Some offices, divisions, and personnel may be identifying the same record or records at this point in time. If so, the FMCSA FOIA Office would add "removal of duplicates" to its tasks associated with this FOIA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 11, 2007

TIFFANIE C. COLEMAN

# COLEMAN DECLARATION EXHIBIT 1



ADVOCATES
FOR HIGHWAY
AND AUTO SAFETY
750 First Street, NE, Suite 901
Washington, DC 20002

OCT 25 2006
FOIA
CONTROL NO.
2007-0083

October 17, 2006

Federal Motor Carrier Safety Administration
U.S. Department of Transportation
400 Seventh Street, SW
Washington, DC 20590

**FOIA Request**

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, Advocates for Highway and Auto Safety (Advocates) requests that the Federal Motor Carrier Safety Administration (FMCSA, the agency) provide access to the following:

- All records regarding any and all FMCSA activities to formulate, develop, evaluate, implement, or otherwise consider any effort, plan, initiative, pilot program or other program intended to evaluate any Mexico-domiciled motor carriers that would be permitted by FMCSA to operate beyond the current U.S. municipalities and commercial zones on the U.S. – Mexico border.

- All records that discuss, evaluate, consider or refer to how such an effort, plan, initiative, pilot program or other program for evaluating any Mexico-domiciled motor carriers operating beyond the current U.S. municipalities and commercial zones on the U.S. – Mexico border complies with the funding restriction of Section 350(a) of the Fiscal Year 2002 U.S. Department of Transportation and Related Agencies Appropriations Act, Pub. L. 107-87 (Dec. 18, 2001).

- All records that consider, discuss, evaluate, or refer to the specific policy considerations, decisions, and actions by the FMCSA and the U.S. Department of Transportation for how any such pilot program or other program, plan, or initiative for evaluating some Mexico-domiciled motor carriers operating beyond the current U.S. municipalities and commercial zones on the U.S. - Mexico border complies with each specific requirement set forth in Sections 350(a) and (b) of the Fiscal Year 2002 U.S. Department of Transportation and Related Agencies Appropriations Act cited above.

The scope of this request includes, but is not limited to, drafts, memoranda, letters, electronic mail and files, technical analyses, technical assistance documents, and tables, both at headquarters and agency field offices, and covers the period of time from December 18, 2001, to the date of receipt of this FOIA request.

Following your notification to us of having searched and identified the relevant records within the statutory time frame controlling a response to a FOIA request, we will arrange with FMCSA personnel to inspect the records you make available to us and then determine whether and to what extent any duplication of selected records might be required.

Should you deny access to any of the requested records, please describe each denied record in detail and, in each instance of denial, state the exact statutory basis for your denial as well as your reasons for believing that this statutory basis for denial should be applied in this instance. Also state separately your reasons for not invoking your discretionary authority to release the records in the public interest. If you determine that some records or portions thereof are exempt from release and you decide not to release them, we ask that you promptly provide us with access to all other records or segregable portions thereof.

Since furnishing the records, including any necessary duplication, will be used solely to inform Congress and the public of the safety effects of permitting commercial motor vehicles operated by Mexico-domiciled motor carriers to conduct commerce beyond the U.S. municipalities and commercial zones on the U.S. – Mexico border, we ask that any fees associated with this request be waived pursuant to 5 U.S.C. § 552(a)(4)(A) for Advocates, a not-for-profit, consumer advocacy organization. Advocates has no commercial interest in, and will make no commercial use of, any materials supplied to us pursuant to your release on any of the requested records. Moreover, a release of the requested records will generate benefits for the general public by, among other things, helping to promote public awareness of the safety impacts of FMCSA decisions and actions affecting federal laws, regulations, and commercial transportation practices under its jurisdiction, including the quality of the agency's ability to effect compliance with relevant laws and regulations governing the operation of Mexico-domiciled commercial motor vehicles beyond the municipalities and commercial zones on the U.S. – Mexico and to meet Congressional and U.S. Department of Transportation objectives for enhancing motor carrier safety and the safety of the traveling public. In further support of a fee waiver, a statement is enclosed of Advocates' extensive qualifications and activities as a not-for-profit, public interest organization in the field of motor vehicle and highway safety.

We suggest that you initiate your search for the relevant records responsive to this FOIA request by contacting Mr. William Quade, FMCSA staff. Advocates' identification of this agency employee is an effort to assist the agency in starting its search for responsive records and is not an attempt to limit the scope of your investigation or the number of personnel whom you contact for records falling within the scope of Advocates' FOIA request.

Access to the records sought through this FOIA request is required within 20 days of your receipt of the request in conformity with 5 U.S.C. § 552(a)(6)(A)(i). If you anticipate the need for any delay beyond this time limit for responding to our request, you are required to notify us promptly in writing

Advocates for Highway and Auto Safety
Freedom of Information Act Request
October 17, 2006
Page 3

of the need for and the length of the prospective delay. However, we also would appreciate timely telephone calls placed to the telephone number on this letterhead informing the undersigned of the progress and completion of your compliance with this FOIA request. If some records falling within the scope of our FOIA request are available prior to completion of FMCSA's search for and identification of all relevant records that are responsive to our request, we would appreciate an opportunity to inspect such records as soon as they can be made available.

Respectfully submitted,

Gerald A. Donaldson, Ph.D.
Senior Research Director

ENCS: 1



ADVOCATES
FOR HIGHWAY
AND AUTO SAFETY

750 First Street, NE, Suite 901
Washington, DC 20002

**ADVOCATES FOR HIGHWAY AND AUTO SAFETY
SUPPLEMENTAL INFORMATION
IN SUPPORT OF FOIA FEE WAIVER APPLICATION**

Advocates for Highway and Auto Safety ("Advocates") is a non-profit, educational and lobbying organization dedicated to reducing the number of deaths and injuries and the societal cost of motor vehicles crashes on our nation's highways. Advocates supports public policies that will promote crash and injury prevention as well as result in cost-savings. To accomplish these goals Advocates engages in research and analysis of motor vehicle and highway safety issues and data, and disseminates this information to the public, the media and Congress. Advocates is a nationally recognized public interest organization that fosters government action at all levels to decrease highway losses and improve public health and safety for the traveling public. Advocates participates in developing legislative and regulatory policies, expanding public knowledge and understanding of highway safety issues and reducing the devastating personal losses and societal impacts of deaths and injuries in motor vehicle crashes. Advocates addresses both vehicle safety, including passenger vehicles, light-duty trucks, as well as commercial motor vehicles (trucks and motor coaches) and highway safety issues of major concern to the public in the following ways:

- Dissemination of information and educational materials to the general public, the media, Congress, and other interested organizations;
- Providing the public with insight and understanding of the operations, activities, and processes of government regarding highway and auto safety;
- Responding with comments to agency rulemaking proposals and other initiatives that affect safety in order to encourage agency action and policies that will enhance highway and auto safety;
- Supporting safety legislation, including testifying before committees of the U.S. Congress and state legislatures and at agency safety hearings;
- Presenting speeches on highway and auto safety before transportation organizations and publishing articles in authoritative journals and magazines;
- Participating in professional transportation organizations, societies and safety coalitions.

Advocates is a coalition of safety-oriented organizations and has no commercial or profit-making interest in highway and vehicle safety. Agency records obtained by Advocates under the Freedom of Information Act are not used for any commercial purpose or offered for resale. Actions taken by Advocates are entirely in the public interest for the purpose of promoting improvements in highway and auto safety that benefit the general public.

Advocates has a long history of involvement in issues that affect commercial motor vehicles and national commercial motor vehicle safety policy, including the safety impacts of foreign commercial motor vehicle operations in the U.S. The purpose of Advocates requesting public documents regarding foreign motor carrier and commercial motor vehicle safety effects when operating in the U.S. is to enlighten the public about the role of federal and state government in developing and adopting policies that affect transportation policy and to educate the public about transportation policy issues and how governmental decisions impact their safety.

# COLEMAN DECLARATION EXHIBIT 2

US Department
Of Transportation

Federal Motor Carrier
Safety Administration

400 – Seventh St., SW
Washington, DC 20590

10/27/2006

FOIA Control No: 2007-0083

Mr. Gerald A. Donaldson
Advocates for Highway and Auto Safety
750 First Street, NE, Suite 901
Washington, DC  20002

Dear Mr. Donaldson:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request dated 10/17/2006, requesting a copy of all records relating to the planned evaluation of Mexican carriers that will be permitted to operate beyond the current commercial zone. Your request was received in our office on October 25, 2006.

Because of heavy interest in motor carrier safety, we have a slight backlog of FOIA requests, which are processed on a first in, first out manner.

Should the search, review, and photocopy fees associated with processing your request exceed $25.00, you will receive advance notification from our office.

If you have any questions regarding your request, please contact our FOIA Request Service Center at (202) 366-2960 or email at foia@fmcsa.dot.gov. Please be sure to refer to the FOIA Control Number above, in your correspondence. For more information please visit our website at http://www.fmcsa.dot.gov/foia/index.htm.

Sincerely,

Tiffanie C. Coleman
Freedom of Information Act Officer
Management Information and Directives Division

# COLEMAN DECLARATION EXHIBIT 3



U.S. Department
of Transportation

**Federal Motor Carrier
Safety Administration**

400 - Seventh St., SW
Washington, DC 20590

DE 2 0 2006
Refer to: MC-MMI
Control No. 07-0083

Dr. Gerald A. Donaldson
Advocates for Highway and
Auto Safety
750 First Street, NE, Suite 901
Washington, D.C. 20002

RE: Freedom of Information Act (FOIA) Request No. 2007-0083 regarding the evaluation of Mexico- domiciled carriers that would be permitted to operate beyond the U.S. – Mexico commercial zone.

Dear Dr. Donaldson:

The Federal Motor Carrier Safety Administration (FMCSA) received the above-referenced FOIA request from your office on October 25, 2006. You have requested, among others, documents "regarding any and all FMCSA activities to formulate …any plan, initiative, … or program intended to evaluate any Mexican-domiciled motor carrier that would be permitted by FMCSA to operate beyond the current municipalities and commercial zones on the U.S. – Mexico border.

We are searching for, collecting, and examining the requested records, in an effort to provide you with the records as soon as possible. However, we have already determined that there appear to be hundreds, if not thousands, of potentially responsive documents. Because of the voluminous amount of separate and distinct records which are demanded in your request, we are advising you of the delay of our response. We will contact you as soon as possible concerning the approximate number of documents that will need to be examined and the date by which we expect to complete our review. We will address your request for the waiver of fees in subsequent correspondence.

This letter is for informational purposes and is not a denial of your request. If you have any questions about your request, please refer in your correspondence, to the FOIA control number indicated above.

Sincerely,

Tiffanie C. Coleman
FOIA Officer