# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVOCATES FOR HIGHWAY AND AUTO SAFETY<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION<br><br><br>　　　　Defendant. | Civil Action No.: 07-00467 (RWR) |

## DEFENDANT'S SECOND CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, the Federal Motor Carrier Safety Administration ("FMCSA") respectfully requests an extension of 10 days to file an answer or otherwise respond to the complaint in this case filed under the Freedom of Information Act ("FOIA") by Advocates for Highway and Auto Safety ("AHAS").  The current deadline is May 14, 2007.  FMCSA requests that the deadline be extended to May 24, 2007.[1]  In support of this motion, FMCSA states as follows:

On April 11, 2007, FMCSA filed a motion requesting a 30-day extension of time to answer or otherwise respond to plaintiff's complaint.  See Dkt. Entry 4.  Given the volume of potentially responsive documents to the FOIA request at issue in this action (over 414,500 pages), FMCSA needed additional time to complete its search and prepare a responsive pleading. See id. at 2-3.  This Court granted that motion in an April 12, 2007 minute order.

Although FMCSA has made a good-faith effort to complete the tasks necessary to

---

[1] The 30th day after the current deadline is Saturday, May 12.  May 14, 2007 is the first business day after May 12, 2007.

prepare its responsive pleading before the current deadline, FMCSA will be unable to submit a responsive pleading by May 14, 2007. Accordingly, FMCSA requests a 10-day enlargement of that deadline. That 10-day extension is necessary to give FMCSA sufficient time to complete its investigation of the facts at issue in this case. In addition, the extension will allow the undersigned Assistant United States Attorney to honor her commitments in other cases.

Pursuant to Local Civil Rule 7(m), counsel for Defendant contacted counsel for AHAS to seek consent on the instant motion. AHAS consented to the proposed 10-day extension of time. A proposed order is attached.

Dated: May 9, 2007

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 9th day of May, 2007, I caused a copy of the foregoing Second Consent Motion for Enlargment of Time to File Answer Or Otherwise Respond to Plaintiff's Complaint to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009

                /s/  *Robin M. Meriweather*
               Robin M. Meriweather
               D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVOCATES FOR HIGHWAY AND AUTO SAFETY,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br><br>      Defendant. | Civil Action No.: 07-00467 (RWR) |

**ORDER**

Upon consideration of Defendant's Second Consent Motion to Enlarge Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2007,

ORDERED that Defendant's Second Consent Motion to Enlarge Time to File Answer or Otherwise Respond to Plaintiff's Complaint be and is hereby GRANTED.

It is further ORDERED that Defendant shall file its Answer or otherwise respond to Plaintifff's Complaint by May 24, 2007.

SO ORDERED.

_____
United States District Judge