UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVOCATES FOR HIGHWAY AND AUTO SAFETY<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.: 07-00467 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendant Federal Motor Carrier Safety Administration (an entity within United States Department of Transportation), by and through undersigned counsel, hereby answers and otherwise responds to the Complaint as follows:

**AFFIRMATIVE DEFENSES**

First Affirmative Defense

Plaintiff has failed to state a claim for which relief can be granted against Defendant under 5 U.S.C. § 552 or otherwise.

Second Affirmative Defense

The Court lacks subject matter jurisdiction over this lawsuit because no records have been improperly withheld within the meaning of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Due to the large scope of Plaintiff's FOIA request and the large volume of records reported as responsive (approximately 448,000 pages), Defendant continues to make a good faith effort to

process Plaintiff's FOIA under 5 U.S.C. § 552. Defendant will provide Plaintiff, either in whole or in part, responsive documents not exempt from production under one or more of the statutory exemptions of the FOIA (5 U.S.C. § 552(b)(1-9)).

Defendant reserves the right to assert additional defenses, affirmative or otherwise, upon further investigation and discovery into the matters alleged.

## SPECIFIC RESPONSES

1. Paragraph 1 describes the action, and therefore requires no response.

2. Paragraph 2 states conclusions of law concerning jurisdiction, and therefore requires no response. To the extent a response is deemed necessary, Defendant respectfully refers the Court to the relevant statutory provisions for a true and accurate statement of their requirements, and denies all contrary allegations.

3. Defendant lacks knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 3, and therefore denies them.

4. Defendant Federal Motor Carrier Safety Administration ("FMCSA") admits that it is a modal entity within the United States Department of Transportation ("DOT"). Defendant lacks knowledge sufficient to form a belief as to whether Defendant has control and custody over the records Plaintiff seeks, as Defendant's collection of documents, now estimated at 448,000 pages, is ongoing. Therefore Defendant denies the remaining allegations of Paragraph 4.

5. Defendant admits receiving a FOIA request from Plaintiff via a letter dated October 17, 2007 and admits that the letter requests records concerning Mexico-domiciled motor carriers operating beyond the current U.S. municipalities and commercial zones on the U.S. - Mexican border. Defendant denies that Plaintiff's description of its FOIA request in Paragraph 5 accurately portrays the breadth of Plaintiff's FOIA request. Defendant admits Plaintiff asked for

a waiver of all fees associated with said FOIA request.

      6.      Defendant admits the allegations of Paragraph 6.

      7.      Defendant admits the allegations of Paragraph 7.

      8.      Defendant admits the allegations of Paragraph 8.

      9.      Paragraph 9 constitutes legal conclusions and legal argument to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations of Paragraph 9.

      10.      Paragraph 10 constitutes legal conclusions and legal arguments to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations of Paragraph 10.

      11.      The remaining paragraphs of Plaintiff's Complaint constitute a prayer for relief to which no response is required. Defendant denies that Plaintiff is entitled to any relief.

      Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant asserts a general denial as to those allegations contained in Plaintiffs' complaint that are not clearly and specifically admitted herein. Defendant denies that Plaintiffs are entitled to any of the relief requested in the complaint or any relief whatsoever.

WHEREFORE, Defendant requests the Court enter judgment in its favor and against Plaintiffs, that the complaint be dismissed in its entirety with prejudice, that Defendant recover its costs in this action, and that the Court grant Defendant such other and further relief as it deems just and proper.

Dated: May 24, 2007

Respectfully Submitted,

/s/ Jeffrey A. Taylor

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


/s/ Rudolph Contreras

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/ Robin M Meriweather

ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street N.W.
Washington, DC 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 24th day of May, 2007, I caused a copy of the foregoing Answer to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009

    /s/   *Robin M. Meriweather*
Robin M. Meriweather
D.C. Bar # 490114