**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ADVOCATES FOR HIGHWAY AND AUTO SAFETY | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-00467 (RWR) |
| v. | ) ) ) | |
| FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION | ) ) ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S MOTION TO ENLARGE TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR STAY

Defendant, the Federal Motor Carrier Safety Administration ("FMCSA") respectfully requests a 14-day enlargement of time to file a reply memorandum of law in support of Defendant's motion for a stay of the proceedings. The current deadline is June 14, 2007. FMCSA requests that the deadline be extended to June 28, 2007. Pursuant to Local Civil Rule 7(m), counsel for Defendant contacted counsel for Plaintiff to obtain Plaintiff's position on this motion; Plaintiff opposes the requested enlargement of time. In support of this motion, FMCSA states as follows:

On May 24, 2007, FMCSA filed a motion requesting that the proceedings in this case be stayed pursuant to 5 U.S.C. § 552(a)(6)(C). *See* Dkt. Entry 7. FMCSA argued therein that a stay was necessary because "exceptional circumstances" prevented FMCSA from responding to the Freedom of Information Act ("FOIA") request submitted by Plaintiff Advocates for Highway and Auto Safety ("AHAS") within the default statutory time limits. The "exceptional circumstances" included the scope of the FOIA request — which involved over 445,000 pages of

potentially responsive documents — and FMCSA's backlog of FOIA requests.

AHAS filed an opposition to that stay motion June 4, 2007. *See* Dkt. Entry 8. In that memorandum of law, AHAS for the first time informed FMCSA that it was willing to narrow its FOIA request to include only documents after June 7, 2004 that concerned a pilot program announced in February 2007. *See* Pl. Opp. to Mot. for Stay at 11 (Dkt. Entry 8). The original FOIA request sought documents dating back to December 18, 2001. *See* Mot. for Stay at 9 (Dkt. Entry 7). AHAS argued that FMCSA should be required to respond to this newly narrowed FOIA request within 30 days. *See* Pl. Opp. to Mot. for Stay at 15 (Dkt. Entry 8).

The default time period for replying to an opposition memorandum will not afford Defendant sufficient time to prepare its reply memorandum. AHAS's decision to narrow its FOIA request creates new factual issues that FMCSA must evaluate prior to submitting its reply. For example, FMCSA is attempting to assess the scope of the narrowed FOIA request and determine the extent to which the narrowed FOIA request may affect the amount of time necessary to complete processing of that request. The volume of documents identified as being potentially responsive to the original FOIA request and the number of agency offices that may have responsive documents complicates that task. The results of that inquiry will affect the position FMCSA takes in its reply.

An enlargement of time also will allow the undersigned Assistant United States Attorney to honor her commitments in other cases. Those commitments include: motions to dismiss due June 8, 2007 and June 12, 2007; replies in support of motions to dismiss due June 7, 2007 and June 11, 2007; a summary judgment motion and supporting memorandum due June 12, 2007; and oppositions to summary judgment motions due June 12, 2007 and June 13, 2007.

Accordingly, FMCSA requests a 14-day enlargement of the deadline for submitting a reply in support of its motion for a stay. A proposed order is attached.

Dated: June 6, 2007

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/ Robin M. Meriweather_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 6th day of June, 2007, I caused a copy of the foregoing Motion for Enlargement of Time to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009

        /s/   *Robin M. Meriweather*
Robin M. Meriweather
D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVOCATES FOR HIGHWAY AND ) <br> AUTO SAFETY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL MOTOR CARRIER ) <br> SAFETY ADMINISTRATION ) <br> ) <br> Defendant. ) | Civil Action No.: 07-00467 (RWR) |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Enlarge Time to File Reply Memorandum In Support of Motion for Stay, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion to Enlarge Time to File Reply Memorandum In Support of Motion for Stay be and is hereby GRANTED.

It is further ORDERED that Defendant shall file its Reply Memorandum In Support of Motion for Stay by June 28, 2007.

SO ORDERED.

_____
United States District Judge