UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVOCATES FOR HIGHWAY AND AUTO SAFETY,<br><br>                      Plaintiff,<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-00467 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO ENLARGE TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR STAY**

Plaintiff Advocates for Highway and Auto Safety (Advocates) filed this Freedom of Information Act (FOIA) case to compel defendant Federal Motor Carrier Safety Administration (FMCSA) to release records related to the agency's development and implementation of a program to evaluate Mexico-domiciled trucks that would be allowed to operate beyond the commercial zones on the U.S.-Mexico border. *See* Dkt. Entry 1. On May 24, 2007, FMCSA filed a motion for a 2-year stay of proceedings, *see* Dkt. Entry 7, which Advocates opposed. *See* Dkt. Entry 8. FMCSA now seeks an extra two weeks to reply to plaintiff's memorandum in opposition. *See* Dkt. Entry 9. FMCSA's motion should be denied.

At the time Advocates sent FMCSA its FOIA request in October 2006, the Department of Transportation (DOT) had not yet announced that it was beginning a pilot program to permit Mexico-domiciled trucks to operate throughout the United States. Since Advocates submitted its request, DOT has announced such a program, been sued for its failure to provide notice and comment on the program, provided notice and comment, and closed its comment period. Despite

all of these development, FMCSA has failed to release any records in response to Advocates' request. Advocates filed comments, and its Vice-President testified before a Senate subcommittee, all without the benefit of detailed background information on the program. *See Pl. Opp. to Mot. for Stay* (Dkt. Entry 8), at 14.

FMCSA has already requested and received two extensions of time in this case. *See* Dkt. Entries 4, 5. Advocates consented to both of those motions. *Id*. Advocates also agreed, in April, to prioritize receipt of certain records over others, and then, in its opposition to FMCSA's motion for a stay, to narrow its request, all to expedite FMCSA's processing of its request and its receipt of records. *See Pl. Opp. to Mot. for Stay* (Dkt. Entry 8), at 11. Because in April Advocates agreed to prioritize records dated after June 7, 2004, FMCSA has already had almost two months to assess the number of records created after that date. FMCSA should not be permitted to further delay the proceedings in this case and Advocates' receipt of the records it requested nearly eight months ago.

For the foregoing reasons, this Court should deny FMCSA's motion for an enlargement of time.

Respectfully submitted,

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum
(DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC  20009
(202) 588-1000
(202) 588-7795 (fax)

Dated: June 7, 2007                              Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVOCATES FOR HIGHWAY AND AUTO SAFETY,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-00467 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Enlarge Time to File Reply Memorandum in Support of Motion for Stay and Plaintiff's Opposition to Defendant's Motion, it is hereby this ____ day of ____, 2007,

ORDERED that Defendant's Motion to Enlarge Time to File Reply Memorandum in Support of Motion for Stay is DENIED.

_____
United States District Judge